[Civil No. 630.]

THOMAS L. WISWALL et al., Appellants, v. TABOR MINES AND MILLS COMPANY et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

Thomas Armstrong, Jr., and Joseph Campbell, Attorneys for Appellants.

C. F. Ainsworth, Attorney for Appellees.

January 19, 1899.   Affirmed.

---

[Civil No. 680.]

M. ROSENBERG, Appellant, v. THE PHŒNIX WHOLE-SALE MEAT COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

Joseph H. Kibbey, Attorney for Appellant.

Hamilton & Armstrong, Attorneys for Appellee.

January 19, 1899.   Dismissed.

---

[Civil No. 683.]

THE ANGLO-AMERICAN CANAIGRE COMPANY, a Corporation, Appellant, v. O. SUGETA, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

No appearance for Appellant.

Joseph H. Kibbey, Attorney for Appellee.

January 19, 1899.   Affirmed.